785 A.2d 429

IN THE MATTER OF PAUL HABERMAN,
AN ATTORNEY AT LAW.

December 7, 2001.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 00–307, concluding that **PAUL HABERMAN** of **NEW YORK, NEW YORK,** a member of the New York bar who has submitted to the jurisdiction of this Court, should be reprimanded and that respondent's *pro hac vice* privileges in the State of New Jersey should be suspended for a period of one year, for violating *RPC* 3.3(a)(5) (failure to disclose material fact to a tribunal), *RPC* 5.5(a) (practicing law in a jurisdiction where doing so violates the regulations of that jurisdiction) and *RPC* 8.4(c) (misrepresentation), and good cause appearing;

It is ORDERED that **PAUL HABERMAN** is hereby reprimanded; and it is further

ORDERED that respondent's *pro hac vice* privileges in the State of New Jersey are hereby suspended for a period of one year and until the further Order of the Court, effective immediately; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file maintained within this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.